IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Intergo, LLC,                          Case No. 3:10 CV 2519

          Plaintiff,            O R D E R

     -vs-                        JUDGE JACK ZOUHARY

Switzerland and America Trust, LLC, et al.,

          Defendants.

The Court has reviewed the Magistrate Judge's Report and Recommendation ("R&R") filed May 24, 2011 in this matter (Doc. No. 27). Under the relevant statute (28 U.S.C. § 636(b)(1)):

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In this case, the fourteen-day period has elapsed and no objections have been filed. The failure to file written objections constitutes a waiver of a *de novo* determination by the district court of an issue covered in the R&R. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

This Court adopts the R&R in its entirety. Defendants' Joint Motion to Dismiss Plaintiff's Complaint is denied (Doc. No. 15).

IT IS SO ORDERED.

                                                            s/ *Jack Zouhary*
                                                            JACK ZOUHARY
                                                            U. S. DISTRICT JUDGE

                                                             June 9, 2011