UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **INTERGO, LLC**, | Case No. 3:10 CV 2519 |
| Plaintiff, | Judge Jack Zouhary |
| v. | REPORT & RECOMMENDATION |
| **SWITZERLAND AND AMERICA TRUST, LLC**, et al. | |
| Defendants. | Magistrate Judge James R. Knepp II |

Pending is Defendants Andreas Uresch and Khalid Mohamed's Motion to Dismiss (Doc. 10), to which Plaintiff filed a Response (Doc. 14). Defendants contend dismissal is proper for insufficient service of process. At the case management conference on March 29, 2011, the Court gave Plaintiff until May 30, 2011 "to perfect service or to dismiss them from the case without prejudice." (Doc. 19, at 3). The Court warned: "Failure to do so will result in the Court granting the Motion." (*Id.*). Plaintiff later requested an extension of Service of Process until September 4, 2011. (Doc. 22). The Court granted Plaintiff until July 30, 2011 to perfect service or dismiss these defendants and noted "No further extensions will be granted." (Doc. 24).

Because July 30 has passed, and Plaintiff has filed no proof of service on these defendants, the Court recommends the Motion to Dismiss (Doc. 10) be granted.

                                                           s/James R. Knepp II
                                                  United States Magistrate Judge