IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Intergo, LLC, | Case No. 3:10 CV 2519 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Switzerland and America Trust, LLC, et al., | |
| Defendants. | |

The Court has reviewed the Report and Recommendation (R&R) of the Magistrate Judge (Doc. No. 30). Under the relevant statute (28 U.S.C. § 636(C)):

Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In this case, no objections have been filed. The failure to file written objections constitutes a waiver of a *de novo* determination by the district court of an issue covered in the R&R. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

The Court has reviewed the R&R, finds it correct, and adopts it in its entirety. Plaintiff failed to comply with the Magistrate Judge's Order (Doc. No. 19 at 3), even after being warned of the consequences for doing so. Defendants' Motion to Dismiss (Doc. No. 10) is granted and Plaintiff's claims against Andreas Uresch and Khalid Mohamed are dismissed without prejudice.

IT IS SO ORDERED.

                                                                                         s/ *Jack Zouhary*
                                                                                         JACK ZOUHARY
                                                                                         U. S. DISTRICT JUDGE

                                                                                         August 18, 2011